UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>upon the relation and<br>for the use of the<br>TENNESSEE VALLEY AUTHORITY<br>Plaintiff<br><br>v.<br><br>A TEMPORARY RIGHT TO ENTER<br>UPON LAND IN WILLIAMSON<br>COUNTY, TENNESSEE<br><br>SUSAN S. BAKER<br>Defendants | Civil Action No. 3:07-cv-00067<br>Judge Wiseman |

## JUDGMENT AND ORDER DISBURSING FUNDS

This action came on to be considered, and it appears to the Court, as evidenced by the signatures below, that Plaintiff and the Defendant have consented to entry of this Judgment and Order Disbursing Funds (Judgment) under the terms hereinafter provided.

It is, therefore, Ordered and Adjudged that:

1. The temporary right to enter herein condemned shall expire upon the entry of this Judgment.

2. The Clerk of this Court is authorized and directed to draw a check on the funds on deposit in the registry of this Court in the amount of $1 payable to Susan S. Baker, in satisfaction of this judgment, and to mail said check to her at 107 Pebble Creek Road, Franklin, Tennessee 37064.

3. The Clerk of this Court shall furnish to the Plaintiff a certified copy of this Judgment.

It is so ORDERED.

_____
United States District Judge

We hereby approve and consent
to the entry of this Judgment:

*Edwin W. Small*
Edwin W. Small (TN BPR 012347)
Assistant General Counsel
Tennessee Valley Authority
400 West Summit Hill Drive
Knoxville, Tennessee 37902-1401
Telephone 865-632-3021
Facsimile 865-632-6718
Attorney for Plaintiff

*Susan S. Baker*
Susan S. Baker
Defendant
003842326